The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| United States of America,<br><br>                      Plaintiff,<br><br>      v.<br><br>DONNA ANDERSON (a.k.a., DONNA MARY ANDERSON), a.k.a. DONNA BODE ANDERSON,<br><br>                      Defendant. | CASE NO. C14-00809 RSM<br><br>ORDER GRANTING UNITED STATES' MOTION FOR COSTS INCURRED WITH RESPECT TO THE EXECUTION OF WRIT OF ASSISTANCE |

This matter came before the Court on the United States' Motion for Costs Incurred With Respect to the Execution of Writ of Assistance. Dkt. # 24. Having Considered the Motion, together with Defendant's Response, the United States' Reply, and all the declarations and exhibits attached to these pleadings, as well as all other relevant pleadings and materials filed by the parties in this case, the Court finds that the costs requested are reasonable and necessary. Accordingly, IT IS HEREBY ORDRED that:

The United States' Motion is GRANTED, and the United States is awarded costs totaling $38,935.60.

ORDER - 1
2:14-cv-00809-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 12th day of May 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

ANNETTE L. HAYES
United States Attorney

/s/ *David R. East*
DAVID R. EAST, WSBA #31481
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
E-mail: david.east@usdoj.gov

ORDER - 2
2:14-cv-00809-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970